# Court of Appeals
# of the State of Georgia

ATLANTA, July 11, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1636. JAMAL RHASEN BYARD v. THE STATE.**

Jamal Byard entered a guilty plea to theft by shoplifting and was sentenced to a ten-year term of probation. In April 2022, following a hearing, the trial court determined that Byard violated the terms of his probation and ordered that Byard complete a residential substance abuse treatment program. Byard filed this direct appeal. We, however, lack jurisdiction.

Because the underlying subject matter of this appeal is the revocation of Byard's probation, he was required to file an application for discretionary appeal in order to obtain appellate review. See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873, 874 (505 SE2d 228) (1998). We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/11/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.